IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLYDE ANTONIO HAYES, )
)
    Petitioner, ) CIVIL ACTION NO.: CV211-030
)
v. )
)
UNITED STATES OF AMERICA, ) (Case No.: CR298-1)
)
    Respondent. )

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Hayes claims that the Magistrate Judge incorrectly determined that Hayes' Johnson v. United States, ___ U.S. ___, 130 S. Ct. 1265 (2010), claim is invalid only because Hayes' battery conviction was not used to designate him as a career offender. Hayes again attempts to rely on a combination of holdings in Johnson and Archer v. United States, 531 F.3d 1347 (11th Cir. 2008) to establish that his designation as a career offender was erroneous. Any Archer claims are barred by the statute of limitations. Because Hayes' battery conviction was not used in determining his career offender designation, Johnson is inapplicable.

Hayes' Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as

the opinion of the Court. Hayes' 28 U.S.C. § 2255 Petition is **DISMISSED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 9 day of June, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA